UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**JASMINE GRIFFIN**,

        Plaintiff,

v.

**CITY OF DETROIT**, a municipal corporation, and
**OFFICER JOSEPH A. CASTRO**, and OFFICERS
JOHN DOE, in their individual and official capacities,
Jointly and severally,

        Defendants.

Case No. 12-cv-10736
Honorable Denise Page Hood

_____/

**ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S FIRST MOTION FOR SANCTIONS, GRANTING IN PART DEFENDANT'S SECOND MOTION FOR SANCTIONS, AND COMPELLING DEFENDANT TO PRODUCE DOCUMENTS AND OFFICER JOSEPH A. CASTRO FOR DEPOSITION**

This matter is before the Court on Plaintiff Jasmine Griffin's Motions for Sanctions. The Court heard oral arguments on January 9, 2013. For the reasons stated on the record,

**IT IS ORDERED** that Plaintiff's First Motion for Sanctions [Docket No. 17, filed August 3, 2012] is **DENIED WITHOUT PREJUDICE**;

**IT IS FURTHER ORDERED** that Plaintiff's Second Motion for Sanctions [Docket No. 30, filed November 18, 2012] is **GRANTED IN PART**. Defendant City of Detroit must answer the interrogatory and produce all documents requested in **Question 33** of Plaintiff's First Set of Interrogatories and First Request to Produce Documents and Things [Docket No. 17, Ex. 3, Pg ID 81, Question 33, filed August 3, 2012] by **Thursday, January 17, 2013** at **4:30 p.m.** Defendant City of Detroit must also answer all interrogatories and produce all documents requested in **Questions 1–32** of Plaintiff's First Set of Interrogatories and First Request to

1

Produce Documents and Things [Docket No. 30, Ex. 1, Pg ID 124–141, Questions 1–32, filed November 18, 2012] by **Thursday, January 17, 2013** at **4:30 p.m.** Defendant City of Detroit is also hereby required to produce **Officer Joseph A. Castro** for deposition at a time agreed to by Plaintiff's counsel during the **week of January 21, 2013**. The Court takes the matter of sanctions **UNDER ADVISEMENT** to be addressed at the Status Conference on February 11, 2013 at 2:30 p.m.

    **IT IS SO ORDERED**.

                                S/Denise Page Hood
                                Denise Page Hood
                                United States District Judge

Dated: January 15, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 15, 2013, by electronic and/or ordinary mail.

                                S/LaShawn R. Saulsberry
                                Case Manager