UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JASMINE GRIFFIN,

      Plaintiff,

                                                   Case No. 12-10736
v.                                       Honorable Denise Page Hood

CITY OF DETROIT and JOSEPH CASTRO,

      Defendants.

_____/

## ORDER STAYING AND ADMINISTRATIVELY CLOSING CASE

On July 18, 2013, the City of Detroit filed a voluntary petition for protection under Chapter 9 of the Bankruptcy Code. On July 25, 2013, Judge Steven Rhodes entered an order confirming the automatic stay of all proceedings against the City imposed under section 922 of the Bankruptcy Code upon the filing of the petition. *In re City of Detroit, Michigan*, No. 13-53846 [#167] (Bankr. E.D. Mich. July 25, 2013). The stay applies to "judicial, administrative, or other action[s] or proceeding[s] against an officer or inhabitant of the City, including the issuance or employment of process, that seeks to enforce a claim against the City." *Id.* at 3. Accordingly,

**IT IS ORDERED** that this action is **STAYED** pursuant to 11 U.S.C. § 362(a) and the action is **CLOSED** for administrative and statistical purposes. This closing does not constitute a decision on the merits. The action may be reopened after a party provides the Court with notice that the bankruptcy stay has been lifted.

                                          S/Denise Page Hood
                                          Denise Page Hood
                                          United States District Judge

Dated: August 12, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 12, 2013, by electronic and/or ordinary mail.
                                          S/LaShawn R. Saulsberry
                                          Case Manager